UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MANUEL MENDOZA
    Plaintiff(s)
 v.            **Judgment in a Civil Case**
ROBERT LEWIS; MR. HARRIS; MRS.
BOYD; MRS. WILLIAMS
    Defendant(s)      Case Number: 5:09-CT-3105-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the motion to dismiss and defendants Lewis, Haynes and Byrd's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that the motion to dismiss is granted, defendants Lewis, Haynes and Byrd's motion for summary judgment is granted and this action is hereby dismissed without prejudice as to all defendants.

This Judgment Filed and Entered on August 16, 2010, with service on:
Manuel Mendoza 0672553, Maury Correctional Institution, P.O. Box 506, Maury, NC 28554 (via U.S. Mail)
Peter Andrew Regulski (via CM/ECF Notice of Electronic Filing)

August 16, 2010          /s/ Dennis P. Iavarone
                  Clerk

Raleigh, North Carolina